EVANGELIA BILALIS     *     NO. 2024-CA-0527

VERSUS     *     COURT OF APPEAL

WALLACE DRENNAN AND     *     FOURTH CIRCUIT
ZURICH AMERICAN
INSURANCE COMPANY     *     STATE OF LOUISIANA

                                  *

                                  *
* * * * * * *

KKH

**HERMAN, J., DISSENTS AND ASSIGNS REASONS**

     I respectfully dissent for the reasons assigned by Judge Ledet.